# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY L. WEATHERS,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

No. 73321

**FILED**

SEP 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the district court use of unconstitutional jury instructions which is in violation of due process clause of United States Constitutions 6th, 8th and 14th amendment." Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

On June 16, 2017, appellant filed a notice of appeal. The document does not specifically identify any judgments of the district court. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-31350

cc: Hon. Eric Johnson, District Judge
Terry L. Weathers
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A